1052

THE STATE OF WASHINGTON, *Respondent*, v. BOW STAR HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00267-0, Nelson E. Hunt, J., entered June 12, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, J. and Sweeney, J. Pro Tem.

[No. 38015-3-II. Division Two. October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS DANIEL HACHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01311-2, Anna M. Laurie, J., entered June 20, 2008. *Remanded with instructions* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 38381-1-II. Division Two. October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN M. BREIMON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01134-8, Diane M. Woolard, J., entered September 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J.; Quinn-Brintnall, J., concurring in the result only.

[No. 38439-6-II. Division Two. October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SONJA NAOMI STRYKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-8-00643-7, Leila Mills, J., entered October 9, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.